IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICK MICHAEL FALCEY, JR.,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 2:24-cv-02770-JLS** |
| : | |
| **PRIME CARE MEDICAL, INC.,** *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this 29th day of September, 2025, upon consideration of Defendant PrimeCare Medical Inc. and Christopher Norfleet's Motion to Dismiss (ECF No. 19), and Plaintiff Patrick Michael Falcey's Response thereto (ECF No. 31), it is **ORDERED** that:

1. The Motion to Dismiss is **GRANTED in part and DENIED in part** for the reasons stated in the Court's accompanying Memorandum, as follows:

   a. The Motion is **GRANTED** as to claims asserted against Defendant PrimeCare Medical Inc. All claims against PrimeCare Medical Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of the Court is **DIRECTED** to **TERMINATE** PrimeCare Medical Inc. from the docket in this case.

   b. The Motion is **DENIED** in all other respects.

2. Defendant Christopher Norfleet shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

3. The Clerk of the Court is further **DIRECTED** to **SUBSTITUTE** on the docket: (1) Katie Harvey, CRNP for "Jane Doe 1" and (2) Christpher Diaz, PA-C for "John/Jane Doe."

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**
