IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK MICHAEL FALCEY, JR.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-2770 |
| | : | |
| **PRIMECARE MEDICAL, INC.,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 14th day of November 2025, Plaintiff Patrick Michael Falcey having failed to return USM-285 Forms for Defendants Katie Harvey, CRNP and Christopher Diaz, PA-C, as directed by the Court's September 30, 2025 Order (ECF No. 36), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to send Falcey two (2) copies of the U.S. Marshal Service of Process Receipt and Return Form USM-285 ("USM-285 Form") for Defendants Katie Harvey, CRNP and Christopher Diaz, PA-C.  The Clerk of Court is further **DIRECTED** to record the mailing on the docket.

2. To proceed with service, Falcey must complete a USM-285 Form for each of Defendants Harvey and Diaz, and return the completed forms to the Clerk's Office within **twenty-one (21) days** of the date of this Order.  Service cannot be made by the U.S. Marshal Service until Falcey completes and returns the forms.

3. In completing the USM-285 Forms, Falcey is instructed as follows:

   a. Falcey should complete one separate USM-285 Form for Harvey and Diaz. Only one Defendant's name should appear on each USM-285 Form.

    b. Falcey shall not complete a USM-285 Form for any individual or entity that is not Harvey or Diaz, or any Defendant who already has been dismissed from this case.

    c. Falcey should include as much identifying information as possible for each Defendant, including the Defendant's first name, last name, and, where relevant, the Defendant's badge number.

    d. Falcey must provide each Defendant's complete address at a location where that Defendant can be served. **The U.S. Marshals Service cannot serve a Defendant at a P.O. Box address.** It is Falcey's responsibility, and not the duty of the Court, the Clerk's Office, or the Marshals Service, to ascertain the addresses of the Defendants.[1]

    e. Falcey must sign the USM-285 Forms on the signature block marked "Signature of Attorney other Originator requesting service on behalf of: PLAINTIFF", and provide a telephone number and the date where indicated.

    f. Failure to include a proper address may result in the Defendant not being served and/or the dismissal of Falcey's claims against any such Defendant.

4. Falcey is cautioned that failure to return the completed USM-285 Forms in accordance with the above instructions may result in dismissal of Falcey's claims against Harvey

---

[1] *See, e.g.*, *Meade v. Reynolds*, 810 F. App'x 86, 88 (3d Cir. 2020) (*per curiam*) ("[T]he plaintiff must provide the district court with sufficient information to enable the Marshals Service to effectuate service of process." (citing *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993)); *Harris v. McMullen*, 609 F. App'x 704, 707 (3d Cir. 2015) (*per curiam*) ("Harris has not pointed to any authority instructing that a District Court or the USMS must engage in extraordinary measures to assist an [*in forma pauperis*] litigant in locating a defendant's address for the purpose of service of process, and we are not aware of any.").

and Diaz.  In the event Falcey fails to return completed USM-285 Forms for Harvey and Diaz, the case will proceed against Defendant Christopher Norfleet only.

     5.     The Clerk of Court is **DIRECTED** to docket any USM-285 Forms that Falcey returns in this case.

     6.     The Clerk of Court is **DIRECTED** not to issue summonses for Harvey or Diaz at this time.  The Court will direct issuance of summonses upon receipt of properly completed USM-285 Forms.

                                  **BY THE COURT:**

                                */s/ Jeffery L. Schmehl*
                                **JEFFREY L. SCHMEHL, J.**